**Motion GRANTED.**

*[signature: Aleta A. Trauger]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00029 |
| | ) | JUDGE TRAUGER |
| DENISE M. FILECCIA | ) | |

### MOTION FOR NON-CUSTODIAL TRANSPORTATION

The Defendant, Denise Fileccia, moves the court pursuant to 18 U.S.C. Section 4285 for an order directing the U.S. Marshal to provide transportation for the defendant from her home in Shelby Township, Michigan, to Nashville to attend Court for the sentencing hearing scheduled for 2:30 p.m., Tuesday, September 4, 2012, **and** returning her home to Shelby Township, Michigan, later that same day. The transportation provided shall be scheduled so that the defendant arrives in Nashville by at least 10:00 a.m. on September 4 so that she may consult with counsel before the hearing. The defendant is without the financial means to get to the hearing from her home and return to her home without this assistance.

Respectfully submitted,

s/ *Henry A. Martin*
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Denise M. Fileccia

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2012, I electronically filed the foregoing Motion for Transportation with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sandra G. Moses, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Henry A. Martin*
HENRY A. MARTIN